**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61856-CIV-DAMIAN**

**RAFAEL FELLIPE MARQUES RAMOS,**

      Petitioner,

v.

**MARKWAYNE MULLIN,** *et al.*,

      Respondents.

_____/

## ORDER GRANTING MOTION TO DISMISS PETITION AS MOOT [ECF NO. 5]

**THIS CAUSE** is before the Court on the Respondents' Motion to Dismiss for Mootness ("Motion") [ECF No. 5], filed on July 15, 2026.

THE COURT has reviewed the Motion, Petitioner's Amended Petition [ECF No. 3], the Order of Release on Recognizance [ECF No. 5-1], the pertinent parts of the record, and the applicable law and is otherwise fully advised.

On July 6, 2026, Petitioner, Rafael Fellipe Marques Ramos ("Petitioner"), filed a Petition seeking release under reasonable conditions of supervision or, in the alternative, an individualized bond hearing pursuant to 8 U.S.C. § 1226(a). *See* Pet. at 16-18. After this Court ordered Respondents to show cause why the Petition should not be granted, on July 11, 2026, Respondents released Petitioner on his own recognizance subject to his compliance with all laws and immigration regulations. *See* ECF No. 5-1 at 1. Then, Respondents filed the Motion and argue that because Petitioner has received the relief he sought, there is no active case or controversy and the Petition should be dismissed.

Counsel for Petitioner did not respond to Respondents' conferral efforts. *See* Mot. at 2. Nor did they file a response to the Motion in the time permitted under the Local Rules,

which is sufficient reason to grant the Motion on its own. *See* S.D. Fla. L.R. 7.1(c)(1) ("Failure to [file an opposing memorandum of law] may be deemed sufficient cause for granting the motion by default.").

Based on the record before this Court, it does appear that Petitioner received the relief he sought in the Petition and the live controversy has been extinguished, so dismissal is compulsory for mootness. *See Spencer v. Kemna*, 523 U.S. 1, 19 ("[M]ootness, however it may have come about, simply deprives us of our power to act; there is nothing for us to remedy, even if we were disposed to do so."). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 5]** is **GRANTED**. Petitioner's Amended Petition **[ECF No. 3]** is **DISMISSED AS MOOT**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 7th day of August, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**